AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

Gregory Forsberg, Christopher Gunter, Samuel Kissinger, and Scott Sipprell, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

TaskUS, Inc.

*Defendant(s)*

Civil Action No. 1:22-cv-00436-VAC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TaskUS, Inc.
C/O INTERTRUST CORPORATE SERVICES DELAWARE LTD.
200 BELLEVUE PARKWAY SUITE 210
WILMINGTON, DE 19809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

P. Bradford DeLeeuw
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street NE Ste. 302
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

/s/ John A. Cerino

Date: 04/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00436-VAC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TaskUS, Inc.
was received by me on *(date)* 4/12/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ricardo Jackson- Authorized to Accept   @9:19 a.m., who is designated by law to accept service of process on behalf of *(name of organization)* Intertrust Corporate Services Delaware Ltd., 200 Bellevue Pkwy, Ste. 210, Wilmington, DE on *(date)* 4/13/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/13/2022

*Server's signature*

Robert Lougheed - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: