IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY FORSBERG, CHRISTOPHER GUNTER, SAMUEL KISSINGER, AND SCOTT SIPPRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHOPIFY, INC., SHOPIFY HOLDINGS (USA), INC., SHOPIFY (USA) INC., AND TASKUS, INC.,<br><br>Defendants. | )<br>)<br>)  C.A. No. 1:22-cv-00436-GBW-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Gregory Forsberg, Christopher Gunter, Samuel Kissinger, and Scott Sipprell hereby dismiss all claims against all defendants (Shopify, Inc., Shopify Holdings (USA), Inc., Shopify (USA) Inc., and TaskUs, Inc.) with prejudice.

Dated: July 28, 2025

OF COUNSEL:

Nicholas A. Migliaccio
Jason Rathod
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE
Washington, D.C. 20002
Tel: 202.470.3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Respectfully submitted,

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
**DELEEUW LAW LLC**
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

*Attorneys for Plaintiffs*

SO ORDERED
[signature]
United States District Judge