IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY FORSBERG, CHRISTOPHER GUNTER, SAMUEL KISSINGER, AND SCOTT SIPPRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHOPIFY, INC., SHOPIFY HOLDINGS (USA), INC., SHOPIFY (USA) INC., and TASKUS, INC.,<br><br>Defendants. | C.A. No. 1:22-cv-00436-VAC<br><br>**JURY TRIAL DEMANDED** |

## AMENDED JOINT STIPULATION OF DISMISSAL

WHEREAS, on July 28, 2025, Plaintiffs Gregory Forsberg, Christopher Gunter, Samuel Kissinger, And Scott Sipprell ("Plaintiffs"), filed a notice of voluntary dismissal with respect to all claims asserted against Defendants Shopify, Inc., Shopify Holdings (USA), Inc., Shopify (USA) Inc., and TaskUs, Inc. ("Defendants") (D.I. 133), which this Court signed on July 29, 2025. D.I. 134.

WHEREAS, prior to Plaintiffs' dismissal filing, Plaintiffs and Defendant TASKUS, INC. agreed that Plaintiffs would file a joint stipulation of dismissal that contained the following language:

> In stipulating to dismissal, the Parties acknowledge that Defendants continue to dispute the claims set forth in the action and have denied and continue to deny any wrongdoing or that they have any liability to

1

Plaintiffs or any member of any putative class for any such claim asserted.

Plaintiffs did not file that document as agreed and filed a Notice of Voluntary Dismissal instead. Plaintiffs maintain they had valid reasons for doing so, and Defendant contends that these stated reasons are meritless.

WHEREFORE, IT IS STIPULATED AS FOLLOWS:

1. Plaintiffs hereby voluntarily dismiss the claims asserted in this action, with prejudice.

2. Defendants stipulate to the dismissal.

3. In stipulating to dismissal, the Parties acknowledge that Defendants continue to dispute the claims set forth in the action and have denied and continue to deny any wrongdoing or that they have any liability to Plaintiffs or any member of any putative class for any such claim asserted.

4. All of Plaintiffs' claims are hereby dismissed with prejudice.

5. Each party will bear their own fees and costs.

|  | **DELEEUW LAW LLC** |
|---|---|
| Of Counsel: | */s/ P. Bradford deLeeuw* |
|  | P. Bradford deLeeuw (#3569) |
| Nicholas A. Migliaccio | 1301 Walnut Green Road |
| Jason S. Rathod | Wilmington, DE 19807 |
| MIGLIACCIO & RATHOD, LLP | (302) 274-2180 |
| 412 H Street, NE, Suite 302 | brad@deleeuwlaw.com |
| Washington, DC 20002 |  |
| (202) 470-520 | *Attorneys for Plaintiffs* |

|  |  |
|---|---|
| Of Counsel:<br><br>Moez M. Kaba<br>Allison L. Libeu<br>Sourabh Mishra<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>(213) 788-4340 | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Tyler E. Cragg (#6398)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Defendants Shopify Inc., Shopify Holdings (USA) Inc., and Shopify (USA) Inc.* |
| Of Counsel:<br><br>Spencer Persson<br>DAVIS WRIGHT TREMAINE LLP<br>350 S. Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>(213) 633-6800<br><br>Seth Tangman<br>DAVIS WRIGHT TREMAINE LLP<br>1300 SW Fifth Ave., Suite 2400<br>Portland, OR 97201<br>(503) 241-2300 | **COZEN O'CONNOR**<br><br>*/s/ Kaan Ekiner*<br>Kaan Ekiner (#5607)<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>*Attorneys for Defendant TaskUs, Inc.* |

Dated: September 2, 2025